UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE No. 10-23861-CIV-JORDAN
CASE No. 10-23863-CIV-JORDAN

| | |
|---|---|
| BDO SEIDMAN, LLP, et al. | ) |
| Appellant, | ) ) ) |
| vs. | ) ) |
| BARRY MUKAMAL. | ) ) |
| Appellee. | ) ) |
| _____ | ) |

### ORDER GRANTING MOTION FOR CLARIFICATION

The appellants' motion for clarification [D.E. 15] is GRANTED. The previous order granting an extension of time in the briefing schedule [D.E. 14] mistakenly provided the appellants with 2 days – instead of 7 days – following the response memorandum to submit their reply brief. Accordingly, the appellants shall submit their reply briefs by April 12, 2011.

DONE and ORDERED in chambers in Miami, Florida, this 29th day of March, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All Counsel of Record